UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GENIFER ALMONTE-DASILVA**

      Plaintiff(s),                                           No. C-**11-04108** EDL

     v.                                                **ORDER OF CONDITIONAL DISMISSAL**

**DIVERSIFIED COLLECTION SERVICES INC**

      Defendants.
_____/

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: November 28, 2011

                                                         _____
                                                         ELIZABETH D. LAPORTE
                                                       United States Magistrate Judge

**United States District Court**
For the Northern District of California